# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD CURTIS WILLIAMS,
                            Appellant,

vs.

THE STATE OF NEVADA,
                            Respondent.

No. 72099

**FILED**

MAR 06 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court order resolving a "petition of writ of habeas corpus." Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

Our review of this appeal reveals a jurisdictional defect. To the extent that appellant appeals from the order denying a postconviction petition for a writ of habeas corpus entered on October 11, 2011, the notice of appeal is untimely filed.[1] NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Review of the district court docket and minute entries indicates that no petition for a postconviction writ of habeas corpus has been filed since the petition that was the subject of the district court's October 11, 2011, order,[2] and no written order of any kind has been entered since that date.

---

[1]Further, appellant filed a timely appeal from this order that was docketed in this court on October 11, 2011, in Docket No. 59389. This court affirmed the district court by order entered May 9, 2012. *Id.*

[2]The district court docket entries indicate that a document entitled "Supplemental Petition" was filed on February 2, 2012, however, it is unclear what that document is, and it appears that there has been no

*continued on next page...*

SUPREME COURT
OF
NEVADA

(O) 1947A

17-07535

Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:  Hon. Carolyn Ellsworth, District Judge
     Ronald Curtis Williams
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

_____
*...continued*
activity in the district court case since that date, until appellant filed the instant notice of appeal on December 29, 2016.